1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

MARK FIDELMAN; and C.F., a minor,

Case No.:  23-CV-417 TWR (NLS)

12

Plaintiffs,

13

v.

14
15
16
17

KEVIN POLIS, KELLY FIDELMAN, PATRICIA CLEARY, RICHARD LAYON, MATT ALBEE, JEFFREY B. BARTON, STATE OF CALIFORNIA, and DOES 1–10,

**ORDER (1) DENYING WITHOUT PREJUDICE PLAINTIFFS' RENEWED REQUEST FOR ELECTRONIC FILING STATUS, AND (2) GRANTING DEFENDANTS' *EX PARTE* MOTIONS FOR LEAVE TO FILE REPLY BRIEFS**

18

Defendants.

(ECF Nos. 19, 25, 29, 30)

19
20

Presently before the Court are Plaintiff Mark Fidelman's renewed "Request for

21

Electronic Filing Status PACER CM/ECF Approval" ("Renewed E-Filing Mot.," ECF No.

22

19), as well as the *Ex Parte* Motions for Leave to File Reply to Late-Filed Opposition to

23

Motion to Dismiss filed by Defendants Kelly Fidelman (ECF No. 25), Kevin Polis (ECF

24

No. 29), and Richard Layon (ECF No. 30) (together, the "*Ex Parte* Mots.").

25

**PLAINTIFFS' RENEWED E-FILING MOTION**

26

On April 3, 2023, the Court denied Mr. Fidelman's initial request for electronic filing

27

privileges on the grounds that he had failed to demonstrate that he had the equipment and

28

/ / /

1

software capabilities to use the CM/ECF system.  (*See generally* ECF No. 13 at 3–4.) Mr. Fidelman filed his Renewed E-filing Motion on June 15, 2023.[1]

Mr. Fidelman now indicates that he has "the technical and capable understanding of PDF, the Pacer system and the code requirements to work with PACER including an IBM compatible laptop running windows, with Adobe PDF 12.0 and access to the internet 1 GB speed. [He] also own[s] a . . . '[s]canner to image non-computerized documents 400 pixels per inch (ppi);' and . . . ha[s] a registered PACER account," (*see* Renewed E-Filing Mot. at 2); however, although Mr. Fidelman claims that "access to the PACER CM/ECF system is essential for [him] to effectively participate in the federal court system," (*see id.*), Plaintiff has no further impending filing deadlines.  Accordingly, "Plaintiff['s M]otion does not establish a need to file electronically, and [P]laintiff[] ha[s] demonstrated an ability to file documents conventionally."  *See Mehl v. Green*, No. 221CV01861TLNJDPPS, 2022 WL 4056269, at *1 (E.D. Cal. Sept. 2), *report and recommendation adopted*, 2022 WL 4473243 (E.D. Cal. Sept. 26, 2022).  The Court therefore **DENIES WITHOUT PREJUDICE** Plaintiff's Renewed E-Filing Motion at this time.

### *EX PARTE* MOTIONS

Also on April 3, 2023, the Court issued a briefing schedule on the Motions to Dismiss and/or Motions to Strike filed by Defendants Kevin Polis (ECF No. 5), Richard Layon (ECF No. 6), and Patricia Cleary (ECF No. 7).  (*See* ECF No. 13 at 2–3.)  That briefing schedule also applied to the subsequent Motion filed by Defendant Kelly Fidelman (ECF No. 15) (together with ECF Nos. 5, 6, and 7, the "Motions to Dismiss").  (*See* ECF No. 13 at 2.)  Specifically, the Court ordered Plaintiffs to file an opposition to the Motions to Dismiss by June 1, 2023, and allowed Defendants to file optional replies by June 15, 2023.  (*See id.*)  Nonetheless, Plaintiffs failed to file and serve their Opposition until Defendants' reply deadline of June 15, 2023.  (*See generally* ECF No. 20.)

---

[1] Although signed March 30, 2023, the conformed Renewed E-Filing Motion is stamped "FILED" as of June 15, 2023.

Through their instant *Ex Parte* Motions, Defendants Kelly Fidelman, Polis, and Layon therefore seek leave to file substantive replies to Plaintiffs' late-filed Opposition. (*See generally* ECF Nos. 25, 29, 30.)  Good cause appearing, the Court **GRANTS** the *Ex Parte* Motions.  Defendants Kelly Fidelman, Polis, Layon, and Cleary each **MAY FILE** an optional reply brief, not to exceed ten (10) pages, within two (2) weeks of the electronic docketing of this Order.  Upon the filing of any replies, the Court **SHALL TAKE** the Motions to Dismiss under submission on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  June 29, 2023

Honorable Todd W. Robinson
United States District Judge